| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:05-67-P-H |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED MAR 28 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | DOCKET NUMBER *(Rec. Court)* 08CR 268 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: SHINDERMAN, Mark | DISTRICT MAINE | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Hon. D. Brock Hornby | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 10/25/07 — TO 10/24/09 |

**OFFENSE**

Use of DEA registration number belonging to another; Aiding and abetting acquisition of controlled substance by deception; Falsifying records required to be kept by a pharmacy; False statement relating to health matters

JUDGE DOW
MAGISTRATE JUDGE DENLOW

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/12/08
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 6 2008
Effective Date

*[signature James F. Holderman]*
United States District Judge